IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CREATIVE PHOTOGRAPHERS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO. 3:24-cv-01469 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| EVERYTHING MEDIA, LLC d/b/a TOTAL | ) | MAGISTRATE JUDGE HOLMES |
| FRAT MOVE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Court is in receipt of Plaintiff's Notice of Settlement (Doc. No. 18) stating that it has reached a settlement in principle with the Defendants in this matter.

Plaintiff's notice is **TAKEN UNDER ADVISEMENT** pending Defendants' compliance with Judge Holmes' Order directing their counsel to promptly file a notice of appearance. (*See* Doc. No. 17 at 2).

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE