# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CREATIVE PHOTOGRAPHERS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:24-cv-01469 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| EVERYTHING MEDIA, LLC d/b/a TOTAL ) | MAGISTRATE JUDGE HOLMES |
| FRAT MOVE, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Court is in receipt of defense counsel's notice of appearance (Doc. No. 23) and the parties' notices of settlement and voluntary dismissal with prejudice (Doc. Nos. 18, 20, 21). Accordingly, this action is hereby **DISMISSED** with prejudice.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE